<table>
<tr><td colspan="2">

**DISTRICT COURT OF THE VIRGIN ISLANDS**

**DIVISION OF ST. CROIX**

</td></tr>
</table>

| | |
|---|---|
| MARC SCHER, | |
| Plaintiff, | 1:08-cv-73 |
| v. | |
| HOVENSA, L.L.C., | |
| Defendant. | |

TO:   Lee J. Rohn, Esq.
       Stephanie L. Adler, Esq.

## ORDER REGARDING DEFENDANT'S MOTION TO COMPEL

THIS MATTER came before the Court upon Defendant HOVENSA, LLC's Motion to Compel Plaintiff's Responses to Defendant's First Request For Production of Documents (Docket No. 18). Plaintiff filed a response thereto. The time for filing a reply has expired.

Defendant asserts that Plaintiff has failed, despite repeated requests, to provide his responses to Defendant's requests for production of documents. Plaintiff claims, and the record reflects, that such responses were served on or about April 17, 2009. Consequently, the Court finds the motion moot.

*Scher v. HOVENSA, L.L.C*
1:08-CV-73
Order Regarding Defendant's Motion to Compel
Page 2

      Accordingly it is now hereby **ORDERED** that Defendant HOVENSA, LLC's Motion

to Compel Plaintiff's Responses to Defendant's First Request For Production of Documents

(Docket No. 18) is **DENIED AS MOOT**.

                ENTER:

Dated: May 22, 2009              /s/ George W. Cannon, Jr.
                                    GEORGE W. CANNON, JR.
                                    U.S. MAGISTRATE JUDGE